

MILWAUKEE OFFICE
222 E. Erie Street, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
PH: 414-271-8650  FAX: 414-271-8442

August 10, 2018

*VIA ECF Filing Only*

Honorable William Griesbach
United States Courthouse Room 203
125 S Jefferson Street
Green Bay, WI 54301

RE: <u>Rossman v A.R.M. Corporation *et al.*</u>
<u>E.D. Wis. 16-cv-0493-WCG</u>

Dear Judge Griesbach:

Pursuant to the Court's July 31, 2018 Text Order Plaintiff provides this letter reporting to the Court the status of the arbitration. On November 29, 2016, the Court compelled Plaintiff's claims against Defendants A.R.M. Corporation d/b/a Comfort Keepers and Tina S. Moser to arbitration and stayed the matter as to those Defendants. (ECF No. 29.) On December 15, 2017, the Court approved the settlement agreement with Defendant SDX Home Care Operations, LLC d/b/a Comfort Keepers. (ECF No. 94.) The Court further ordered, the matter against Defendants A.R.M. Corporation d/b/a Comfort Keepers and Tina S. Moser remain stayed pending arbitration. (ECF No. 94.)

Plaintiff brought her class and collective claims for unpaid wages in arbitration before the American Arbitration Association, Case No. 02-17-0000-1790. Plaintiff's claims are still proceeding through arbitration with the parties working through notifying the collective class of the action and providing them with the opportunity to join the action.

Plaintiff respectfully requests the Court continues to stay the matter pending arbitration.

Respectfully submitted,

s/LARRY A. JOHNSON
Larry A. Johnson
Bar Number 1056619
Summer Murshid
Bar Number 1075404
Timothy Maynard
Bar Number 1080953
Attorneys for Plaintiff

Hawks Quindel, S.C.
222 East Erie, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
E-mail: ljohnson@hq-law.com
smurshid@hq-law.com
tmaynard@hq-law.com