UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMBER ROSSMAN,

    Plaintiff,

v.      Case No. 16-C-493

A R M CORPORATION et al.,

    Defendants.

## ORDER

On September 10, 2019, this court entered an order stating that the case shall be dismissed unless the parties advise the court within fourteen days of any reason why this matter should be stayed. Neither party has since advised the court that this matter should be stayed and, therefore, this case is **DISMISSED without prejudice**. The Clerk is directed to enter judgment accordingly.

**SO ORDERED** this  27th  day of September, 2019.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court